UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

———

DARIUS MCCULLOUGH,

       Plaintiff,

                        Case No. 2:21-cv-42

v.

                        Honorable Paul L. Maloney

CATHERINE BAUMAN et al.,

       Defendants.
_____/

## JUDGMENT

In accordance with the order issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITHOUT PREJUDICE** for lack of prosecution and failure to comply with the Court's order.

Dated:  April 29, 2021                /s/ Paul L. Maloney
                                                      Paul L. Maloney
                                                      United States District Judge